**Louis CRAWFORD, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 28468.**

Court of Criminal Appeals of Texas.

June 30, 1956.

No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The conviction is for assault with intent to murder; the punishment, 2 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed, and no motion for rehearing will be entertained in this case.